IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00396-CMA-MJW

STEVEN C. LOGSDON,

Plaintiff,

v.

BNSF RAILWAY COMPANY, a corporation, and
ANDREW CALLAHAN, an individual,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Telephonic Appearance (Docket No. 20) is granted, and all counsel may appear by telephone for the Scheduling Conference set on June 25, 2015, at 9:00 a.m.  Plaintiff's counsel shall initiate the conference call, and once all counsel are on the line, shall conference the court in by calling (303) 844-2403.

Date: June 19, 2015